# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JULIE ANN FLICK-PALMER | | |
| **Case Number:** | 18-03373-RLM-13 | **Chapter:** | 13 |
| **Date / Time / Room:** | TUESDAY, MARCH 05, 2019 10:10 AM   IP 329 | | |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

### Matter:

Hearing Re:   Motion for Relief from Stay  filed by Molly Slutsky Simons on behalf of Creditor AmeriCredit Financial Services, Inc. with an Objection filed by Debtor   [26] [28]

**R / M #:**   0 / 0

**VACATED:   Per email from counsel, agreed entry to be filed.**

### Appearances:

NONE

### Proceedings:

VACATED: Per email from counsel, agreed entry to be filed.


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**